UNITED STATES DISTRICT COURT --------------------Middle District of Florida

Claire Fitzgerald

V.                                                  8:26-cv-2240-JLB-SPF

James R. Baugher, Eric Komitee

Michael Loguercio, Margo K. Brodie,

Defendants do not honor gay rights, while this Court must instruct them.

Punitive damage is sought.

Claire Fitzgerald

